JS-6

Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California  95113
Telephone (408) 298-2000
Facsimile (408) 298-6406
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Andres Gomez

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>        Plaintiff,<br><br>     vs.<br><br>HILLSTONE RESTAURANT GROUP, INC. dba R+D KITCHEN;<br><br>        Defendant. | No.  2:21-cv-05606-PA-MRW<br><br>**ORDER FOR REQUEST FOR DISMISSAL OF ENTIRE ACTION [FED. R. CIV. P. 41(A)(2)]** |

Pursuant to the request of Plaintiff, Andres Gomez, and no cross-claim, counter-claim or third-party claim having been filed,

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: August 13, 2021          _____
                                Percy Anderson
                United States District Judge